MAGISTRATE JUDGE DONOHUE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-669 M |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING DEFENDANT'S MOTION TO REVIEW CONDITIONS OF RELEASE |
| BARTHOLOMEW H. JEFFERSON, ) | |
| Defendant. ) | |

This matter having come before the Court on the defendant's motion to review condition of his release, the Court having reviewed the records and files herein, and the defense counsel's affidavit in support of the motion, it is now, therefore,

ORDERED that:

The defendant's motion to review conditions of his release is granted and an evidentiary hearing is scheduled for Thursday, March 8, 2007, at 1:30 p.m.

DATED this 2nd day of March, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING MOTION
TO REVIEW CONDITIONS OF
DEFENDANT'S RELEASE
(*Bartholomew Jefferson*; #06-669)    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  Presented by:

2  s/ Robert H. Gombiner
3  WSBA # 16059
   Assistant Federal Public Defender
4  Attorney for Bartholomew Henry Jefferson
   Federal Public Defender's Office
5  1601 Fifth Avenue, Suite 700
   Seattle, WA 98101
6  Phone: (206) 553-1100
   Fax:    (206) 553-0120
7  robert_gombiner@fd.org

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
TO REVIEW CONDITIONS OF
DEFENDANT'S RELEASE
(*Bartholomew Jefferson*; #06-669)            2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**