1  MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-106-RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | MODIFY CONDITIONS OF RELEASE |
| | ) | |
| BARTHOLOMEW JEFFERSON, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court on defendant's motion to modify conditions of release to allow Bartholomew Jefferson to travel to Tsawwassen, British Columbia, Canada to attend the memorial service and pow wow for his deceased cousin Gerly Williams; and the Court having reviewed the records and files herein; now, therefore

IT IS HEREBY ORDERED that conditions of release be modified to allow defendant to attend the memorial and pow wow for his cousin Gerly Williams.  Mr. Jefferson will travel to Tsawwassen, British Columbia on November 24, 2007 and return the same day.  Mr. Jefferson will be under the supervision of his father Boyd Jefferson, his stepmother Colette LeClair, his mother, and his siblings for the duration of the trip.

All other conditions of release previously set shall remain in effect.

DATED this 20th day of November, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Paula Semmes Deutsch

ORDER GRANTING MOTION TO
MODIFY CONDITIONS OF RELEASE
(Bartholomew Jefferson; CR07-106-RSM)          1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1 | Attorney for Bartholomew Jefferson

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO
MODIFY CONDITIONS OF RELEASE
(Bartholomew Jefferson; CR07-106-RSM)       2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**