MAGISTRATE JUDGE DONOHUE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-106-RSM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |
| BARTHOLOMEW JEFFERSON, | ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER having come before the Court on defendant's motion to modify conditions of release to allow Bartholomew Jefferson to travel to the Katzie First Nation Reservation near Maple Ridge, British Columbia, Canada to attend a one-day pow wow at his great-grandmother's house; and the Court having reviewed the records and files herein; now, therefore

IT IS HEREBY ORDERED that the defendant's motion is denied. The defendant has pleaded guilty to voluntary manslaughter in violation of 18 U.S.C. §§ 1112, 1153. The parties agree that a term of custody between eight and ten years is appropriate. Sentencing is currently set for December 14, 2007.

Although this Court has previously modified the term of his bond to permit Mr.

Jefferson to have heavily supervised visitation with this children, and has also modified his bond to permit him to attend a family funeral, further modifications are not appropriate in light of the charge, the guilty plea and the nearness of sentencing. The request for further modification of defendant's bond is DENIED.

DATED this 27th day of November, 2007.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge